# UNITED STATES COURT OF APPEALS

## FOR THE SEVENTH CIRCUIT
### Chicago, Illinois  60604

November 10, 2010

Hon. JOEL M. FLAUM, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] Appeal from the United |
| Petitioner-Appellee, | ] States District Court for |
| | ] the Northern District of |
| | ] Illinois, Eastern Division. |
| No. 10-1608        v. | ] |
| | ] No. 08 CR 777-11 |
| AARON WILLIAMS, | ] |
| | ] David H. Coar, |
| Defendant-Appellant. | ] Judge. |

### O R D E R

The opinion issued in the above-entitled case on October 25, 2010 is hereby amended as follows:

On Page 1, first full paragraph, lines 5 and 6, replace the phrase "in which defendant-appellant Aaron Williams was a passenger," to read "of which defendant-appellant Aaron Williams was the driver,"

On Page 6, remove footnote 1.